IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIM. NO. SAG-22-0360 |
| | * | |
| SIMON TUSHA, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S RESPONSE AND NOTICE OF SATISFACTION

In response to the Defendant's recent filings (ECF Nos. 5, 6), the Government has reviewed the Court's restitution collection records and confirmed that the Defendant's restitution debt has been paid in full. Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is here released from any lien created by the Judgment entered in the United States District Court for the Western District of Pennsylvania on January 10, 2019, and recorded in the Circuit Court for Baltimore County as Case Number C-03-JG-23-000239 on January 12, 2023. The Government will file a certificate of release of lien in Baltimore County. Accordingly, the Defendant's motions should now be denied as moot.

Respectfully submitted,

Philip A. Selden
Acting United States Attorney

By: _____
John J. Truex Chung
Assistant United States Attorney

So Ordered:

_____   _____
Hon. Stephanie A. Gallagher          Date
United States District Judge