

U.S. Department of Justice

United States Attorney
District of Maryland

*John J. Truex Chung*  *Suite 400*  DIRECT: 410-209-4987
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*John.Chung3@usdoj.gov*  *Baltimore, Maryland 21201*  FAX: 410-962-0122

May 30, 2025

(VIA CM/ECF)
The Hon. Stephanie A. Gallagher
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re: **United States v. Simon T. Tusha**
            Case No. 1:22-CR-00360-SAG

Dear Judge Gallagher,

    I write in response to the Court's Order for a status update regarding the collection and disbursement of restitution in this case, ECF 16. As noted by the Court, the Clerk's financial records indicate that a large disbursement ($935,369.78) was made to the victim, the Internal Revenue Service (IRS), on April 3. *See* Attachment. Together with the prior disbursements of $100.00 and $7,100.00, the Court has now received and disbursed all funds owed by the Defendant for restitution in this case. Accordingly, the United States Attorney's Office for this District filed a Notice of Satisfaction in this case and released its liens against the Defendant. *See* Government's Response to Defendant's Motion, ECF 13.

    Based on the information provided to Defendant from the IRS, it is my understanding that any additional restitution-based liens filed by the IRS (*e.g.*, the Florida liens) will be automatically released when the IRS has received and processed the restitution payment (in addition to resolving issues pertaining to the withdrawal of civil fraud penalties). *See* Defendant's Memorandum, ECF 12-2 at p. 3 ("…the lien will not release until … the payments for the [Restitution Based Assessment] have posted to the IRS system which will zero the account out (regardless of what order the partial withdrawal or payment of RBA occurs *both have to happen*) and the lien will systemically release") (emphasis added). The IRS indicated to me that as of May 28, the processing of the payments remains pending.

If there is any further information that the United States Attorney's Office can provide, please do not hesitate to contact me.

Very truly yours,

Kelly O. Hayes
United States Attorney

_____
John J. Truex Chung
Assistant United States Attorney

Attachment: Offender Payment Enhanced Report Access (OPERA), DMDX122CR000360 (Generated 5/30/2025)